# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| MICHAEL OLIVER, et al., | ) |
| Plaintiffs, | ) |
| v. | ) No. 2:24-cv-02565-SHL-cgc |
| RICHARD HULL, | ) |
| Defendant. | ) |

## ORDER TO REMAND

Before the Court is Defendant Richard Hull's Response to This Court's Order Directing Defendant to Supplement Notice of Removal (ECF No. 16), filed September 25, 2024. Hull originally asserted in his Notice of Removal that the Court could exercise diversity of citizenship jurisdiction over this action by aggregating each Plaintiff's claim for damages to satisfy the amount in controversy requirement. (ECF No. 1 at PageID 2.) Because aggregation is only appropriate in certain circumstances, the Court ordered Hull to supplement his Notice of Removal with additional authority to support his contention that aggregation is appropriate here. (ECF No. 13.)

In his response, Hull acknowledged that he could not provide additional authority, and he requested that this case be remanded back to Shelby County Circuit Court. (ECF No. 16 at PageID 49.) On Hull's request, and for the reasons set forth in the Order Directing Defendant to Supplement Notice of Removal (ECF No. 13), the Court **REMANDS** this case back to Shelby County Circuit Court for lack of subject matter jurisdiction.

**IT IS SO ORDERED**, this 25th day of September, 2024.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE